EEW
08693-086722

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE ROBLES,

               Plaintiff,

  -against-

MEDISYS HEALTH NETWORK, INC. d/b/a
JAMAICA HOSPITAL MEDICAL CENTER, and
JOHN DOES Nos. 1 to 10 *Individually and in their
Official Capacities*, and JANE ROE Nos. 1 to 10
*Individually and in their Official Capacities*,

               Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Index No.: 19-cv-06651-ARR-RML

**PLEASE TAKE NOTICE** that the undersigned attorney, Valerie K. Ferrier, of MARTIN CLEARWATER & BELL LLP hereby appears as counsel of record for Defendant, MEDISYS HEALTH NETWORK, INC. d/b/a JAMAICA HOSPITAL MEDICAL CENTER, in the above-captioned matter, and requests that all notices given or required to be given, and all papers served or required to be served, be given to and served upon undersigned at the address indicated below.

Dated: New York, New York
       January 23, 2020

                                                Yours,
                                                MARTIN CLEARWATER & BELL LLP

By  /s/ Valerie K. Ferrier
Valerie K. Ferrier, Esq.
Attorneys for Defendant,
Medisys Health Network, Inc. d/b/a Jamaica
Hospital Medical Center
220 East 42nd Street
New York, NY 10017
212-916-0920

3763004_1