# MARTIN CLEARWATER & BELL LLP

COUNSELORS AT LAW

220 EAST 42ND STREET, NEW YORK, NY 10017-5842
TELEPHONE (212) 697-3122   FACSIMILE (212) 949-7054
www.mcblaw.com

VALERIE K. FERRIER
PARTNER

DIRECT DIAL: (212) 916-0920
E-MAIL: valerie.ferrier@mcblaw.com

NEW YORK, NY
EAST MEADOW, NY
WHITE PLAINS, NY
ROSELAND, NJ
ROCHESTER, NY
STAMFORD, CT

January 23, 2020

The Honorable Allyne Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   ***Robles v. Medisys Health Network, Inc., et al.***
      MCB File No.       08693-86722

Dear Judge Ross:

This firm represents the Defendant, Medisys Health Network, d/b/a Jamaica Hospital Medical Center. We write to request a thirty (30) day extension of time to respond to the Complaint. DE #1. Recently, Plaintiff filed an affidavit of service noting that the Secretary of State was served on January 6, 2020, with a response then due on Monday, January 27, 2020. We request an extension until February 26, 2020.

This is the first such request, and no dates have yet been scheduled by the Court. Plaintiff's counsel advised that he has no objection to the request.

We thank the Court for your consideration.

Respectfully,

MARTIN CLEARWATER & BELL LLP

*Valerie K. Ferrier*

Valerie K. Ferrier

3763069_1