EEW
08693-086722
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOSE ROBLES ,

                       Plaintiff,

       -against-

MEDISYS HEALTH NETWORK, INC. d/b/a
JAMAICA HOSPITAL MEDICAL CENTER, and
JOHN DOES Nos. 1 to 10 *Individually and in their
Official Capacities*, and JANE ROE Nos. 1 to 10
*Individually and in their Official Capacities*,

                    Defendants.

-------------------------------------------------------------------X

**NOTICE OF
APPEARANCE**

Index No.: 19-cv-06651-ARR-RML

        **PLEASE TAKE NOTICE** that the undersigned attorney, Edward E. Warnke, of

MARTIN CLEARWATER & BELL LLP hereby appears as counsel of record for Defendant,

MEDISYS HEALTH NETWORK, INC. d/b/a JAMAICA HOSPITAL MEDICAL CENTER, in

the above-captioned matter, and requests that all notices given or required to be given, and all

papers served or required to be served, be given to and served upon undersigned at the address

indicated below.

Dated: New York, New York
       January 23, 2020

                            Yours,
                            MARTIN CLEARWATER & BELL LLP

                          By_____
                          Edward E. Warnke, Esq.
                          Attorneys for Defendant,
                          Medisys Health Network, Inc. d/b/a Jamaica
                          Hospital Medical Center
                          220 East 42nd Street
                          New York, NY 10017
                          212-916-0960

3762999_1

TO:

Phillips & Associates,
Attorneys at Law, PLLC
Attorneys for Plaintiff
45 Broadway, Ste. 620
New York, NY 10006

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, the Notice of Appearance of Edward E.
Warnke was electronically filed with the Clerk of the Court and served in accordance with the
Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's
Rules on Electronic Service:

MARTIN CLEARWATER & BELL LLP

By: /s/ *Edward E. Warnke*

Edward E. Warnke, Esq.
Martin Clearwater & Bell LLP
*Attorneys for Defendant*
220 East 42nd Street
New York, New York 10017
(212) 916-0960